UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

EXPERT INSPECTIONS, LLC DBA
ITEST DBA MOLDEXPERT.COM,

CASE NO. 0:19-cv-62007-UU

(a/a/o Bobbie Carter)

Plaintiff,
v.

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Plaintiff, **EXPERT INSPECTIONS, LLC DBA ITEST DBA MOLDEXPERT.COM**, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby gives notice of its Voluntary Dismissal Without Prejudice of this action.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**STEINGER, GREENE & FEINER**

*/s/ Yeemee Chan, Esquire*

Fla. Bar No.: 58355
2727 NW 62nd St.
Fort Lauderdale, FL 33309
Telephone:     954-491-7701
Fax Number:   954-634-8312
E-Service: <u>pleadings@injurylawyers.com</u>
Attorney for Plaintiff

## SERVICE LIST

CASE NO. 0:19-cv-62007-UU

**John Michael Pennekamp**
Fowler White Burnett P.A.
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
305-789-9200
Fax: 305-789-9201
Email: jmp@fowler-white.com