UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62007-UU

EXPERT INSPECTIONS, LLC,

    Plaintiff,

v.

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 6 (the "NOVD"). The Court has reviewed the NOVD and the pertinent portions of the record and is otherwise fully advised in the premises. On August 21, 2019, Plaintiff filed the NOVD, informing the Court that it dismissed this action without prejudice. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of August, 2019.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

cc:  all counsel of record via cm/ecf